UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Request for Early Termination of Supervision

Name of Offender:  Ann E. Darling-Batson                                Docket No. 0754 4:19CR40032-001

Name of Sentencing Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  July 9, 2019

Original Offense:  Ct. 1: Filing a False Federal Income Tax Return
                             Ct. 2: Fraudulent Acquisition of a Controlled Substance

Original Sentence:  Cts. 1&2: 3-year term of Probation

Type of Supervision:  Probation                              Date Supervision Commenced:  July 9, 2019

Assistant U.S. Attorney:  Norman R. Smith        Defense Attorney:  John R. Clemons and Daniel C. Kay

## PETITIONING THE COURT

For early discharge of the defendant from Probation pursuant to 18 U.S.C. § 3564(c)

## COMPLIANCE WITH CONDITIONS OF SUPERVISION

The defendant has complied with all statutory and standard conditions of supervision, including the completion of the mandatory drug testing provision. Furthermore, the following special conditions of supervision were adhered to and/or addressed:

- Financial Disclosure
- Financial Windfall
- Substance Abuse Treatment
- Mental Health Treatment
- Cooperate with IRS
- Perform Community Service for 60 hours
- Employment Restrictions

Months in Community Since Last Difficulty: 31 months

*For purposes of this petition "difficulty" is defined as (1) any indication of new criminal behavior, (2) any violation of supervision that requires judicial notification, or (3) any significant pattern of noncompliant behavior.

## CRIMINAL MONETARY PENALTIES

The defendant was ordered to pay the following:

| Financial Penalty | Ordered Amount | Current Balance |
|---|---|---|
| Special Assessment: | $200.00 | $0.00 |

Offender Name: Darling-Batson, Ann E.
Docket Number: 0754 4:19CR40032-001

# GOVERNMENT'S RESPONSE

Assistant U.S. Attorney Scott Verseman has no objection to the Court being petitioned to discharge the offender from supervision.

**U.S. Probation Officer Recommendation:**

On July 9, 2019, Ms. Darling-Batson began her term of probation for committing the offenses of Count 1: Filing a False Federal Income Tax Return and Count 2: Fraudulent Acquisition of a Controlled Substance. She has served 31 months of her 36-month term, and she is expected to routinely expire on July 8, 2022. She has been supervised on the administrative caseload since May 2020.

Since the commencement of supervision, Ms. Darling-Batson has been overall cooperative with supervision. She is currently employed at Aquity Solutions as a Coder since October 17, 2021. She has a stable residence, and her financial obligation is paid in full. Additionally, all drug tests yielded negative results for illicit substances.

To date, she has not exhibited any violation conduct that has warranted the Court's intervention or any conduct indicating she poses a risk to the community. Inasmuch as Ms. Darling-Batson has satisfied or complied with all conditions and is no longer in need of supervision, it is accordingly recommended that the defendant be discharged from supervised release.

Respectfully submitted,

by Tiarra D. Willingham
Probation Officer Assistant

Date: March 3, 2022

---

☒ Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.
☐ The Issuance of a Summons
☐ Resubmit request for early termination of supervision at a later date
☐ Other Action:

Honorable Staci M. Yandle, U.S. District Judge

March 3, 2022
Date

cc: Scott A. Verseman, AUSA
cc: Kim Freter, AFPD